IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**UNITED STATES OF AMERICA**                                                                  **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO.: 1:22-CV-166-MPM-RP**

**SHEKKALA HORTON**                                                        **DEFENDANT**

## **DEFAULT JUDGMENT**

The Defendant, Shekkakla Horton, having failed to appear, plead or otherwise defend in this action, and default having been entered on May 11, 2023, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Shekkala Horton, in the amount of $92,264.00, plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $402.00 to the Clerk of Court.

This the 9th day of July, 2023.

                                                                    s/ David Crews
                                                                    Clerk of Court